# EXHIBIT A

Int. Cls.: **35 and 39**

Prior U.S. Cls.: **100, 101, 102 and 105**

**United States Patent and Trademark Office**

Reg. No. **3,125,429**
Registered Aug. 8, 2006

## SERVICE MARK
### PRINCIPAL REGISTER



IT'S EASY, INC. (NEW YORK CORPORATION)
125 PARK AVENUE
NEW YORK, NY 10001

  FOR: ARRANGING FOR AND FACILITATING THE OBTAINING AND SURRENDERING OF LICENSE PLATES, AND ARRANGING FOR AND FACILITATING THE OBTAINING OF MOTOR VEHICLE, MOTORCYCLE AND BOAT REGISTRATIONS AND REGISTRATION RENEWALS; TRANSFER OF MOTOR VEHICLE, MOTORCYCLE AND BOAT OWNERSHIP DOCUMENTS AND DUPLICATE TITLE DOCUMENTS; ARRANGING FOR AND FACILITATING THE OBTAINING OF BIRTH AND DEATH CERTIFICATES AND SOCIAL SECURITY CARDS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

  FIRST USE 11-15-2004, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 12/00/1985.; IN COMMERCE 11-15-2004, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 12/00/1985..

  FOR: ARRANGING FOR, AND FACILITATING THE OBTAINING OF, TRAVEL VISAS, PASSPORTS AND TRAVEL DOCUMENTS FOR PERSONS TRAVELING ABROAD; AND ARRANGING FOR, AND FACILITATING THE OBTAINING OF REPLACEMENT VISAS, PASSPORTS AND TRAVEL DOCUMENTS THAT HAVE BEEN LOST, INADVERTENTLY DESTROYED AND/OR STOLEN, IN CLASS 39 (U.S. CLS. 100 AND 105).

  FIRST USE 11-15-2004, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 12/00/1985.; IN COMMERCE 11-15-2004, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 12/00/1985..

  SER. NO. 76-626,292, FILED 12-30-2004.

MARY BOAGNI, EXAMINING ATTORNEY

Int. Cls.: **35 and 39**

Prior U.S. Cls.: **100, 101, 102 and 105**

<u>United States Patent and Trademark Office</u>   Reg. No. 3,118,810
Registered July 25, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# IT'S EASY

IT'S EASY, INC. (NEW YORK CORPORATION)
125 PARK AVENUE
NEW YORK, NY 10001

FOR: ARRANGING FOR AND FACILITATING THE OBTAINING AND SURRENDERING OF LICENSE PLATES, AND ARRANGING FOR AND FACILITATING THE OBTAINING OF MOTOR VEHICLE, MOTORCYCLE AND BOAT REGISTRATIONS AND REGISTRATION RENEWALS; TRANSFER OF MOTOR VEHICLE, MOTORCYCLE AND BOAT OWNERSHIP DOCUMENTS AND DUPLICATE TITLE DOCUMENTS; ARRANGING FOR AND FACILITATING THE OBTAINING OF BIRTH AND DEATH CERTIFICATES AND SOCIAL SECURITY CARDS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-0-1985; IN COMMERCE 12-0-1985.

FOR: ARRANGING FOR, AND FACILITATING THE OBTAINING OF, TRAVEL VISAS, PASSPORTS AND TRAVEL DOCUMENTS FOR PERSONS TRAVELING ABROAD; AND ARRANGING FOR, AND FACILITATING THE OBTAINING OF REPLACEMENT VISAS, PASSPORTS AND TRAVEL DOCUMENTS THAT HAVE BEEN LOST, INADVERTENTLY DESTROYED AND/OR STOLEN, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 12-0-1985; IN COMMERCE 12-0-1985.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 76-626,291, FILED 12-30-2004.

MARY BOAGNI, EXAMINING ATTORNEY