# EXHIBIT B

# itseasy.com
*Your Lifestyle Resource*

Home   Car Donation   Adoption   Baby   Child Day Care   Christian Dating   Homeschool

## Related Links

Passport
Passport Services
Passport Renewal
Its Easy
Easy

Home
Recruiting Software
Microsoft Office 2003
Business Performance Management Software

ERP Software
Manufacturing ERP Software
Survey Software
Salon Software
Manufacturing Software

## Search Results

**Its A - Buy at DealTime.**
Save time and money every shop! DealTime lets you cor products, prices and stores the Web's best prices in sec
www.DealTime.com

**Its A - Compare & Save Shopping.com**
Shop here to save money o Shopping.com is a great pla compare products, prices, a Search for the best deals or seconds.
www.Shopping.com

**Its Easy**
Save time & money every tir online: DealTime helps you prices on everything from C Electronics to Jewelry, Toys
http://www.DealTime.com

## Favorite Categories

**Autos**
Car Insurance
Used Cars
Auto Repair

**Education**
Online Education
School Loan
Home School

**Business**
E-Commerce
Home Business
MBA

**Employment**
Employment Services
Work at Home
Job Search

**Financial Services**
Debt Consolidation
Credit Cards
Mortgage

**Entertainment**
Television
Music
MP3

**Health**
Medical Insurance
Weight Loss
Diet

**Home**
Home Security
Refinancing
Real Estate

**Lifestyle**
Personals
Fitness
Pets

**Shopping**
Electronics
Flowers
Gifts

**Technology**
Web Hosting
Computers
Laptops

**Travel**
Car Rental
Airlines
Hotels

## Lifestyle Categorie


**Educatic**
Early Chi
Educatio
Element:
Private S
Colleges


**Parentin**
Baby Nai
Adoption
Nannies
Childproc


**Hobby C**
Genealo;
Candle N
Scrapboc
Quilting


**Baby Pr**
Baby Bec
Cribs
Kids Clot
Baby Nai

# itseasy.com
Your Lifestyle Resource

Home   Car Donation   Adoption   Baby   Child Day Care   Christian Dating   Homeschool

Sponsored Links for **Passport Renewal**

### Renew Passport
Renew your **Passport** and make your trip on time. Easy, Fast Process.
www.passport123.com

### US Passport Renewal in 24 Hours
Renew your **passport** in 24 hours. Same Day service available. Add Pages.
www.globalpassport.com

### Easy Passport Renewal - as Fast as 1 Day
Nationwide **Passport Renewal** service from a BBB member. Step-by-step instructions and printable forms. Get your **passport** or visa in time for your trip - as fast as in 24 hours if necessary.
www.passportexpress.com

### Renew Passport
Expired **Passport**? Renew Online! Guaranteed Service, Easy Forms.
www.rushmypassport.com

### PassportWorld.com: Passport Renewal
PassportWorld.com - we have over 15 years of experience with issuance of **passports** and visas. Our specialty is with those travelers who are departing due to urgent or emergency situations.
www.passportworld.com

### New or Renew US Passport - Quick, Cheap
We have new **passport** reservation slots available Now; new, renew or modify. Personalized service - fast, inexpensive, reliable we cater to your needs. Also get Visas worldwide fast, cheap.
passportexchange.com

### passport renewal
Looking for passport renewal? Find exactly what you want today.
www.ebay.com

### Passport
Looking for Passport? Search over 15,000 sites with one click. Your source for everything under the sun!
www.findstuff.com

Next>>                              Advertise on this network

**Related Links**

- Passport Renewal
- Visa
- US Passport
- Passport
- K1 Visa
- Fiancee Visa
- China Visa
- Fiance Visa
- Visa Application
- Passport Application
- India Visa
- Passport Photo
- US Passport Application
- K 1 Visa
- Chinese Visa

**Lifestyle Categorie**


Educatic
Early Chi
Educatio
Elementa
Private S
Colleges


Parentin
Baby Nai
Adoption
Nannies
Childproc


Hobby C
Genealoç
Candle N
Scrapboc
Quilting


Baby Pr
Baby Be
Cribs
Kids Clot
Baby Nai

# itseasy.com
### Your Lifestyle Resource

Home   Car Donation   Adoption   Baby   Child Day Care   Christian Dating   Homeschool

Sponsored Links for Passport Services

### US Passport in 24 Hours Guaranteed
Processing in time for your trip. Nationwide service from American Passport & Visa International. BBB Member. Same day American Passport processing available.
www.AmericanPassportVisa.com

### Fast & Easy Passports - as Fast as 1 day
Nationwide service from a BBB member. Step-by-step instructions and printable forms. Get your passport or visa in time for your trip - as fast as in 24 hours if necessary.
www.passportexpress.com

### Rush U.S. Passport Service - Only $50
Expedite your passport application within 24 hours. Visa express provides fast, reliable U.S. Passport Service, low rate guarantee, regular service only $50.
www.visaexpress.net

### Fast Passport Service - Low Rates
We'll match any published rate. Passport Service from A Briggs; a trusted name in Washington, DC since 1987 serving all 50 states. Recommended by NY Times and International Herald Tribune.
www.abriggs.com

### U.S. Passport Agency
Traveling Outside the States? Reliable Service, Quick Turnaround.
www.rushmypassport.com

### 12 Hrs Urgent Passports
Expert handling, extended hours, on time solutions, nationwide services. Washington, DC.
www.passportdocs.com

### Passport
Looking for Passport? Search over 15,000 sites with one click. Your source for everything under the sun!
www.findstuff.com

### Diplomat Country Club & Spa
2 rounds + room at luxury Florida resort from $340
www.perfectescapes.com

Next>>                              Advertise on this network

## Related Links

- Passport Services
- Travel
- Hotel
- Airline Ticket
- Cruise
- Hotel Reservation
- Vacation
- Air Travel
- Discount Travel
- Travel Deal
- Travel Agency
- Lodging
- Weekend Getaway
- Resort
- International Travel

## Lifestyle Categorie


**Educatio**
Early Ch
Educatio
Elementa
Private S
Colleges


**Parentin**
Baby Na
Adoption
Nannies
Childpro


**Hobby C**
Genealog
Candle M
Scrapboo
Quilting


**Baby Pr**
Baby Be
Cribs
Kids Clot
Baby Na