ARENT FOX LLP
David N. Wynn
1675 Broadway, 34th Floor
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
     and
Michael A. Grow (of Counsel)
Leo M. Loughlin (of Counsel)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6415
Facsimile: (202) 857-6395
Grow.michael@arentfox.com



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------)
IT'S EASY INC.,                                              )
                                                             )   JUDGE LYNCH
                                                             )   CASE NO: 07 CIV 6212
                         Plaintiff,                          )
                                                             )   IT'S EASY INC.,
                                                             )   7.1 DISCLOSURE
          - against -                                        )   STATEMENT
                                                             )
MONIKER PRIVACY SERVICES, INC., A BRIGGS,                    )
ADAM R. BOALT, CHINESE VISA EXPRESS, CHINA                   )
VISA SERVICE CENTER, G3 VISAS AND PASSPORTS                  )
SERVICES, INTER-AMERICAN GROUP INC., LAST                    )
MINUTE PASSPORTS, MDNH INC., PASSPORT                        )
NATION, PASSPORT EXPRESS, SERVICES, INC.,                    )
PASSPORT PLUS, INC., PASSPORTS AND                           )
VISAS.COM, LLC, PASSPORT AND VISA EXCHANGE                   )
INC., PASSPORT AND VISA SPECIALISTS,                         )
PASSPORTVISAEXPRESS.COM, INC., RUSH                          )
PASSPORT.COM, INC., RUSHMYPASSPORT.COM,                      )
TIMELY VISA, INC., TEXAS TOWER PASSPORT                      )
AND VISA SERVICES, TRAVISA VISA SERVICE, INC.,)
U.S. VITAL DOCUMENTS, VISA EXPRESS, VISAS                    )
INTERNATIONAL, VISARITE SERVICES INC.,                       )
WORLDWIDE VISA AND PASSPORT SERVICES, INC.                   )
                                                             )
                         Defendants.                         )
-------------------------------------------------------------)

NYC/339220.1

Pursuant to Rule 7.1 of the Local Civil Rules of procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, the undersigned attorney of record for Plaintiff, It's Easy Inc., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: July 3, 2007
       New York, New York

ARENT FOX LLP

_____
David N. Wynn (DW-8660)
Arent Fox LLP
1675 Broadway
New York, NY 10019-5874
Attorneys for Plaintiff
wynn.david@arentfox.com

<u>Of Counsel</u>

MICHAEL A. GROW
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036 5109
Telephone: (202) 857-6389
Facsimile: (202) 857-6395

NYC/339220.1