ARENT FOX LLP
David N. Wynn
1675 Broadway, 34th Floor
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
      and
Michael A. Grow (of Counsel)
Leo M. Loughlin (of Counsel)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6415
Facsimile: (202) 857-6395
Grow.michael@arentfox.com

Case 1:07-cv-06212-GEL    Document 3    Filed 10/02/2007    Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IT'S EASY INC., <br><br> Plaintiff, <br><br> v. <br><br> MONIKER PRIVACY SERVICES, INC., et. al. <br><br> Defendants. | Case No.: 1:07-cv-06212-GEL <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff It's Easy, Inc. hereby voluntarily dismisses this action. Since no Defendants have answered the Complaint or moved for summary judgment, this dismissal is without prejudice.

NYC/351612.1

Dated:  October 2, 2007
        New York, New York

ARENT FOX LLP

ARENT FOX LLP
David N. Wynn (DW-8660)
Arent Fox LLP
1675 Broadway
New York, NY 10019-5874
Attorneys for Plaintiff
wynn.david@arentfox.com
Attorneys for Plaintiff

Of Counsel

MICHAEL A. GROW
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036 5109
Telephone: (202) 857-6389
Facsimile: (202) 857-6395

SO ORDERED

_____
GERARD E. LYNCH, U.S.D.J.

10/24/07

NYC/351612.1